

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00796-CV

William W. **RUTH**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16965
Honorable Roy B. Ferguson, Judge Presiding

## O R D E R

The clerk's record originally was due on January 13, 2023. One extension has been granted to January 31, 2023. On January 30, 2023, the clerk requested an extension until February 6, 2023. The request is GRANTED. It is therefore ORDERED that the clerk file the clerk's record no later than February 6, 2023.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court